UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

McMAHAN SECURITIES CO. L.P,

          Plaintiff,

-vs-                                              Case No.  8:04-cv-1791-T-24TGW

FB FOODS, INC., f/k/a
Funny Bagel Food Company, Inc.,

          Defendant.
_____/

## **ORDER**

This cause comes before the Court on its own.  A review of the file reveals that Richard A. Morgan is not listed on the Attorney Roll of attorneys in good standing to practice before the Middle District of Florida.  Pursuant to Local Rule 2.01(a), "[n]o person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court pursuant to this rule."  Mr. Morgan may not appear or be heard as counsel for Defendant FB Foods, Inc. until he is in good standing in the Middle District of Florida.  Richard A. Morgan shall have until June 13, 2005 to renew his membership in the Middle District of Florida bar.  If Richard A. Morgan has not renewed his membership by June 13, 2005, the Clerk is directed to terminate Richard A. Morgan as counsel for Defendant FB Foods, Inc. in this case.

Once Mr. Morgan has renewed his membership in the Middle District of Florida bar, the Court directs him to sign up for electronic case filing, which includes registering his email address so that he can be noticed electronically of Court filings.[1]

---

[1] To register an email address, one must go into CM/ECF, click on the "Utilities" tab on the top of the screen, then click on the "Maintain Your Account" link, then click on the "Email information" tab, and then enter the email address in the space provided.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of May, 2005.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record