UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

McMAHAN SECURITIES CO. L.P,

                Plaintiff,

-vs-                                            Case No.  8:04-cv-1791-T-24TGW

FB FOODS, INC., f/k/a
Funny Bagel Food Company, Inc.,

                Defendant.
_____/

## **O R D E R**

This cause comes before the Court on its own.  The mediation deadline in this case is November 18, 2005 (Doc. No. 80).  Plaintiff is directed to file a notice by November 8, 2005 that informs the Court of the date of the parties' mediation.

**DONE AND ORDERED** at Tampa, Florida, this 28th day of October, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Peter J. Grilli

1