UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

McMAHAN SECURITIES CO. L.P,

        Plaintiff,

-vs-                                                          Case No. 8:04-cv-1791-T-24TGW

FB FOODS, INC., f/k/a
Funny Bagel Food Company, Inc.,

        Defendant.
_____/

## O R D E R

This cause comes before the Court on its own. On January 30, 2006, Plaintiff McMahan Securities Co. L.P. ("MSC") filed Plaintiff's Memorandum in Opposition to Defendants' Motion For Sanctions Pursuant to Rule 11, Fed. R. Civ. P. (Doc. No. 195). In support of its memorandum Plaintiff MSC filed numerous exhibits. However, Plaintiff MSC failed to comply with Rule IV-B of this Court's Administrative Procedures for Electronic Filing.[1] Rule IV-B provides that when filing voluminous exhibits, the filer must prepare an exhibit index and file the index as an attachment to the main document. Furthermore, Rule IV-B provides an example of what the exhibit index should look like.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff MSC is directed to file an exhibit index to Doc. No. 195 by February 14, 2006.

---

[1] The Court's Administrative Procedures for Electronic Filing can be found on the Court's website (www.flmd..uscourts.gov) under "CM/ECF."

**DONE AND ORDERED** at Tampa, Florida, this 10th day of February, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record