UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

McMAHAN SECURITIES CO. L.P,

                Plaintiff,

-vs-                                    Case No.  8:04-cv-1791-T-24TGW

FB FOODS, INC., f/k/a
Funny Bagel Food Company, Inc.,

                Defendant.
_____/

## ORDER

This cause comes before the Court on its own.  The Court prefers to rule on dispositive motions prior to the Pretrial Conference.  The Pretrial Conference is scheduled for August 31, 2006 at 8:30 a.m.  Having reviewed the pleadings, and exhibits filed in support thereof, the Court has determined that it will not be able to rule on Plaintiff's motion for summary judgment in time for the parties to prepare a meaningful Joint Pretrial Statement or for the Court to conduct a meaningful Pretrial Conference.

Accordingly, it is **ORDERED AND ADJUDGED** that the pretrial conference in this case is hereby rescheduled to **Monday, September 25, 2006 at 8:30 a.m.** before the Honorable Susan C. Bucklew in Courtroom 14A of the Sam M. Gibbons U.S. Courthouse, located at 801 North Florida Avenue, Tampa, Florida 33602.

**DONE AND ORDERED** at Tampa, Florida, this 25th day of August, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record