UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

McMAHAN SECURITIES CO. L.P,

        Plaintiff,

-vs-                                          Case No.  8:04-cv-1791-T-24TGW

FB FOODS, INC., f/k/a
Funny Bagel Food Company, Inc.,

        Defendant.
_____/

## O R D E R

This cause comes before the Court on McMahan Securities Co. L.P.'s Motion for Judgment on the Pleadings on Defendants William Salgado's and Alexander Salgado's Affirmative Defenses (Doc. No. 310).   McMahan Securities Co. L.P. ("MSC") seeks an Order from this Court dismissing Defendants William Salgado's and Alexander Salgado's (collectively "the Salgados"), first, second, third, fourth, sixth, seventh and eighth affirmative defenses.

On November 3, 2004, this Court entered its Case Management and Scheduling Order which set August 29, 2005 as the deadline for filing dispositive motions (Doc. No. 21).  On July 5, 2005, this Court[1] granted Plaintiff's emergency motion for a scheduling conference to set depositions and extended the dispositive motion deadline until November 29, 2005 (Doc.

---

[1] United States Magistrate Judge Thomas G. Wilson

No. 76). On January 27, 2006, pursuant to the parties' requests, the Court again extended the dispositive motion deadline to April 29, 2006[2] (Doc. No. 194). On May 1, 2006, MSC moved for summary judgment on FBF's amended counterclaim and related affirmative defenses (Doc. No. 234). MSC's motion for summary judgment is fully briefed and currently under consideration by this Court.

On June 29, 2006, this Court denied the Salgados' motion to dismiss and directed the Salgados to respond to MSC's amended complaint by July 7, 2006 (Doc. No. 283). On July 7, 2006, the Salgados filed their answers and affirmative defenses to MSC's amended complaint (Doc. Nos. 286 and 287). On August 25, 2006, seven weeks after the Salgados filed their answers and affirmative defenses and almost four months after the dispositive motion deadline, MSC filed a motion for judgment on the pleadings as to the Salgados' affirmative defenses. MSC did not provide any explanation for the delay in filing its motion or state why this Court should reopen the pleadings at this late juncture in the case.

Accordingly, it is **ORDERED and ADJUDGED** that McMahan Securities Co. L.P.'s Motion for Judgment on the Pleadings as to Defendants William Salgado's and Alexander Salgado's Affirmative Defenses (Doc. No. 310) is **DENIED** as untimely.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of August, 2005.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge

---

[2] April 29, 2006 is a Saturday.