UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

McMAHAN SECURITIES CO. L.P,

                    Plaintiff,

-vs-                                              Case No.  8:04-cv-1791-T-24TGW

FB FOODS, INC., f/k/a
Funny Bagel Food Company, Inc.,

                    Defendant.
_____/

## **ORDER**

This cause comes before the Court on its own.  The Final Pretrial Conference in this case

is scheduled for September 25, 2006 at 8:30 a.m.  On October 2, 2006, this Court is scheduled to

commence a criminal trial that is expected to last eight to ten weeks.  The Court does not

anticipate that the criminal case will be resolved short of trial.  As such, the Court will not be

able to reach the trial of this case during the months of October and November 2006.  Since the

Court prefers to conduct a final pretrial conference within thirty days of trial, it is  necessary to

reschedule the Final Pretrial Conference to a date closer to the time the case will be tried.

Additionally, the Court believes that the parties in this case could benefit from additional

mediation since the initial and very brief mediation occurred in December 2005.  Therefore, on

or before November 30, 2006, the parties shall mediate again either before Peter J. Grilli, a new

private mediator, or a Magistrate Judge.  If the parties wish to mediate before a Magistrate

Judge, they should advise the Court no later than September 22, 2006.  If the parties wish to

1

mediate with Peter J. Grilli or another private mediator they should inform the Court of the mediator and the date of mediation by September 27, 2006.

Accordingly, it is **ORDERED AND ADJUDGED** that the September 25, 2006 Final Pretrial Conference is hereby rescheduled to **Friday, December 8, 2006 at 8:30 a.m.** before the Honorable Susan C. Bucklew in Courtroom 14A of the Sam M. Gibbons U.S. Courthouse, located at 801 North Florida Avenue, Tampa, Florida 33602.  The trial of the matter is continued **until the January 2007 trial calender**.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of September, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record

2