UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

McMAHAN SECURITIES CO. L.P,

           Plaintiff,

-vs-                                              Case No. 8:04-cv-1791-T-24TGW

FB FOODS, INC., f/k/a
Funny Bagel Food Company, Inc.,

           Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's oral motion to bring laptops and cell phones into the courthouse during the trial of this case, which will began on February 5, 2007, and is expected to last two to three weeks. Upon consideration, it is **ORDERED AND ADJUDGED** that Plaintiff's motion is **GRANTED** as follows:

(1) John E. Johnson shall be allowed to bring a laptop and cell phone into the courthouse during the trial of this case;

(2) Leigh R. Isaacs shall be allowed to bring a laptop and cell phone into the courthouse during the trial of this case;

(3) Patti E. Evans shall be allowed to bring a laptop and cell phone into the courthouse during the trial of this case; and

(4) Each person authorized by this Order shall present a copy of this Order to security personnel when they enter the courthouse with their cell phone and/or laptop. The cell phones and laptop are subject to inspection at any time by courthouse security personnel.

**DONE AND ORDERED** at Tampa, Florida, this 19th day of January, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk