UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 8:04-CV-1791-T-24TGW

McMAHAN SECURITIES CO., L.P.,

  Plaintiff/Counterclaim Defendant,

v.

FB FOODS, INC.,
f/k/a Funny Bagel Food Company, Inc.,
WILLIAM SALGADO and
ALEXANDER SALGADO,

  Defendants/Counterclaim Plaintiffs.
_____/

**ORDER GRANTING DEFENDANTS' MOTION REQUESTING PERMISSION TO HAVE COMPUTERS AND OTHER RELATED EQUIPMENT ADMITTED INTO COURTROOM FOR TRIAL**

THIS CAUSE came before the Court upon Defendants FB FOODS, INC.'s, WILLIAM SALGADO's and ALEXANDER SALGADO's Motion Requesting Permission To Have Computers And Other Related Equipment Admitted Into Courtroom for Trial (the "Motion") and the Court having reviewed the Motion and being fully advised in the premises it is hereby

ORDERED AND ADJUDGED that:

1. Defendants' Motion is hereby **GRANTED**. Defendants shall be permitted to use laptop computers during the trial of this case, which will begin on February 5, 2007, and is expected to last two to three weeks, as well as the following equipment:

    a-   #2 - 4 to1 VGA switches with power packs (primary and spare)
    b-   #4 - VGA cables of various lengths (primary and spares)
    c-   #2 - barcode scan guns (primary and spare)
    d-   #1 - 6 outlet power strip
    e-   #1 - A/C power extension cord
    f-   #2 - mouse unit (primary and spare)

    g-  #1 - carry case for transporting gear
    h-  #1 - printer with cable, power pack
    i-  #2 - laptop computers with power packs (primary and spare)
    j-  #1 - bag of small adapters

  2.  The following attorneys and individuals shall also be permitted to use laptop computers and Blackberries during trial:

    a-  Richard A, Morgan, Esq. -  1 laptop computer and 1 Blackberry
    b-  Mark J. Neuberger, Esq. -  1 laptop computer and 1 Blackberry
    c-  Mary Leslie Smith, Esq. -  1 laptop computer and 1 Blackberry
    d-  Brad Drewett-      1 laptop computer and 1 Blackberry
      (Litigation Technology Coordinator)

  3.  Defendants and their respective vendors shall be permitted to bring into the U.S. District Court before trial, and throughout the trial, laptop computers and other related equipment for use during the trial.

  4.  Defendants representatives and/or attorneys shall be permitted entry to the U.S. District Court before trial to set-up the equipment set forth in their Motion and to test the compatibility with the courtroom electronic equipment. Defendants shall contact the courtroom deputy to set up a time to test the equipment.

  5.  Defendants' representatives and/or attorneys shall be permitted to leave the Courthouse with the equipment set forth in their Motion at the conclusion of the trial.

  **DONE AND ORDERED** at Tampa, Florida, this 19th day of January, 2007

                *Susan C. Bucklew*
                SUSAN C. BUCKLEW
                United States District Judge

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk