UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

McMAHAN SECURITIES CO. L.P,

          Plaintiff,

-vs-                                                     Case No.  8:04-cv-1791-T-24TGW

FB FOODS, INC., f/k/a
Funny Bagel Food Company, Inc.,

          Defendant.
_____/

## **ORDER**

As the Court notified the parties via telephone, the Court is moving the jury trial in this case from February 5, 2007 to February 12, 2007.  The parties estimate the length of trial to be approximately two to three weeks.

**DONE AND ORDERED** at Tampa, Florida, this 31st day of January, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record