UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

McMAHAN SECURITIES CO. L.P,

            Plaintiff,

-vs-                                                  Case No.  8:04-cv-1791-T-24TGW

FB FOODS, INC., f/k/a
Funny Bagel Food Company, Inc.,

            Defendant.
_____/

## ORDER

Plaintiff's Motion In Limine to Exclude the Testimony of FB Foods, Inc.'s ("FBF") Experts and to Limit Defendant's Damages (Doc. No. 285) and Plaintiff's Motion in Limine to Preclude Use of Business Plan as Evidence of Lost Profit Damages (Doc. No. 332) are set for an evidentiary Daubert hearing scheduled for **March 1, 2007 at 9:00 a.m.** before the Honorable Susan C. Bucklew, United States District Judge, Courtroom 14A, Fourteenth Floor of the Sam M. Gibbons United States Courthouse at 801 N. Florida Ave., Tampa, Florida.  Defendant FBF's experts Richard J. George, Ph. D.[1] and Joaquin Urquiola need to be present.  The Court has allotted two hours for the hearing.

---

[1] Defendant FBF telephonically advised the Court that while Richard J. George, Ph. D. and John B. Lord, Ph. D. worked together on their expert report, only Richard J. George will appear at the Daubert hearing due to scheduling.  As such, to the extent that these experts are permitted to testify at trial, Richard J. George will testify at the trial and John B. Lord will not testify at trial.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of February, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record